**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ALBERT WHIPKEY, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:02CV1030 |
| R. R. DONNELLEY & SONS COMPANY, | ) ) | Judge O'Malley |
| Defendant. | ) ) | |
| MICHAEL ADAMS, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05CV2760 |
| R. R. DONNELLEY & SONS COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**AGREED FINAL JUDGMENT ORDER**

In compliance with Section 6 of the Settlement Agreement, and to effectuate dismissal of the cases, the parties herein jointly file the attached proposed Agreed Final Judgment Order for consideration by the Court.

Respectfully submitted,

LICATA & TOEREK

   */s/ Louis J. Licata*

| | |
|---|---|
| STEVEN SFERRA (0037286) | LOUIS J. LICATA (0007034) |
| TIMOTHY S. ANDERSON (0071593) | JEREMIAH J. WOOD (0075728) |
| Duvin, Cahn & Hutton | Licata & Toerek |
| Erieview Tower, 20th Floor | 6480 Rockside Woods Blvd., South |
| 1301 E. 9th Street | Independence, Ohio 44131 |
| Cleveland, Ohio 44114 | (216) 573-6000 phone |
| Phone: (216) 696-7600 | (216) 573-6333 fax |
| Fax: (216) 696-2038 | jlj@licatalaw.com |
| ssferra@duvin.com | jjw@licatalaw.com |
| tanderson@duvin.com | |
| | |
| MICHAEL G. CLEVELAND | DAVID T. REED (0029430) |
| Vedder, Price, Kaufman & Kammholz, P.C. | KEITH A. SAVIDGE (0014242) |
| 222 North LaSalle Street | Seeley, Savidge & Ebert Co., LPA |
| Chicago, Illinois 60601 | 600 Superior Ave East – Suite 800 |
| Phone: (312) 609-7860 | Cleveland, Ohio 44114 |
| Fax:    (312) 609-5005 | (216) 566-8200 phone |
| mcleveland@vedderprice.com | (216) 566-0213 fax |
| | dtreed@sse-law.com |
| | kasavidge@sse-law.com |
| Attorneys for Defendant | |
| R.R. Donnelley & Sons Co. | Attorneys for Plaintiffs |
| | Albert Whipkey et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2006, a copy of the foregoing *Agreed Final Judgment Order* was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's system.

                                                            */s/ Louis J. Licata*
                                                        LOUIS J. LICATA (0007034)
                                                        Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALBERT WHIPKEY, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:02CV1030 |
| R. R. DONNELLEY & SONS COMPANY, | ) ) | Judge O'Malley |
| Defendant. | ) | |
| MICHAEL ADAMS, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05CV2760 |
| R. R. DONNELLEY & SONS COMPANY, | ) ) | |
| Defendant. | ) ) | |

**FINAL JUDGMENT ORDER**

The Court, having approved the parties proposed settlement (Doc. 147) and granted Plaintiffs' motion for attorney's fees and costs (Doc. 159), hereby enters this Final Judgment Order.  These actions shall be and are hereby dismissed with prejudice against all Plaintiffs and without attorney's fees or costs, except as provided in the parties' settlement and previously approved by the Court.

_____
United States District Judge

DATED: _____