# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALBERT WHIPKEY, on behalf of himself ) and all others similarly situated, ) ) Plaintiff, ) ) v. ) ) R. R. DONNELLEY & SONS COMPANY, ) ) Defendant. ) | Case No. 1:02CV1030<br>Judge O'Malley |
| MICHAEL ADAMS, et al., ) ) Plaintiffs, ) ) v. ) ) R. R. DONNELLEY & SONS COMPANY, ) ) Defendant. ) ) | Case No. 1:05CV2760 |

## FINAL JUDGMENT ORDER

The Court, having approved the parties proposed settlement (Doc. 147) and granted Plaintiffs' motion for attorney's fees and costs (Doc. 159), hereby enters this Final Judgment Order. These actions shall be and are hereby dismissed with prejudice against all Plaintiffs and without attorney's fees or costs, except as provided in the parties' settlement and previously approved by the Court.

*Kathleen M. O'Malley*
United States District Judge

DATED: 9/14/06